UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

FREDRICK LUJUAN BROWN                        CIVIL ACTION NO. 21-0104

                                             SECTION P

VS.

                                             JUDGE TERRY A. DOUGHTY

CAROLYN DOUGLAS, ET AL.                       MAG. JUDGE KAREN L. HAYES

<u>MEMORANDUM ORDER</u>

Plaintiff Fredrick Lujuan Brown, a prisoner at Lincoln Parish Detention Center ("LPDC") proceeding pro se and in forma pauperis, filed this proceeding on approximately January 14, 2021, under 42 U.S.C. § 1983.  He names the following defendants: Assistant Warden Carolyn Douglas, Warden Orland Davidson, Training Officer Billy Collins, Deputy Keith Pennington, and Deputy Martinez.  [doc. # 1, p. 3].

All defendants are allegedly employed at Bayou Dorcheat Correctional Center ("BDCC") in Webster Parish, Louisiana.  *Id.*  Plaintiff claims that on September 9, 2020, at BDCC, defendants deprived him of his property, including his legal materials, prior to transferring him to LPDC.  *Id.* at 3-4.  He needs his legal materials to litigate a pending habeas corpus proceeding. *Id.*  He seeks compensation for his property and the return of his legal materials.  *Id.* at 5-6.

Under 28 U.S.C. § 1404(a), "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."

Here, Plaintiff's claims arose in Webster Parish, Louisiana, which is in the Shreveport Division of the Western District of Louisiana.  Moreover, Plaintiff seeks injunctive relief (the return of his legal materials) which will, if Plaintiff prevails, be performed in Webster Parish,

Louisiana.  The interest of justice, as well as the convenience of the parties and witnesses, therefore dictate that this proceeding should be transferred to the Shreveport Division, where Plaintiff's claims arose, where defendants are employed, and where injunctive relief may be performed.

Accordingly, under 28 U.S.C. § 1404(a), **IT IS ORDERED** that this proceeding is **TRANSFERRED** to the United States District Court, Western District of Louisiana, Shreveport Division.

In Chambers, Monroe, Louisiana, this 29th day of January, 2021.


KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE